IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                          CASE NO: 6:25-CR-60039

CHRISTOPHER JASON BOWMAN                                                      DEFENDANT

## ORDER OF DETENTION

On this date, the Defendant appeared for initial appearance on an Indictment filed in this case on December 10, 2025. ECF No. 1. The Government advised the Court the Defendant is in detention. The Court explained to the Defendant the right to a hearing to consider the issue of pretrial release or detention. The Defendant waived the right to an immediate detention hearing but reserved the right to a hearing on the issue of detention at a later date. Defendant's counsel is instructed to notify the Court when this matter is ready for a detention hearing.

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court **ORDERS** as follows:

The Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. The United States Marshal shall deliver the Defendant to Court for the purpose of an appearance in connection with this case or as otherwise directed.

SIGNED this 16 day of December, 2025.

HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE