IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 6:25-cr-60039

CHRISTOPHER JASON BOWMAN DEFENDANT

# ORDER

Before the Court is the Report and Recommendation ("R&R") issued on September 24, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 42. Both parties have waived the right to object to the R&R for the purpose of expediting the acceptance of the guilty plea in this matter. ECF No. 42, at 2.

The Court has reviewed this case and, being well and sufficiently advised, finds that the R&R is proper. Thus, the Court hereby **ADOPTS** the R&R (ECF No. 42) in its entirety. Accordingly, Defendant's plea of guilty as to Count Two of the Indictment (ECF No. 1) is accepted. The written plea agreement will be subject to final approval by the undersigned at sentencing. The Court **directs** the United States Probation Office to prepare a Presentence Investigation Report in this matter.

**IT IS SO ORDERED**, this 12th day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge